# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered September 8, 2006:*

BRAVERMAN V GARDEN CITY HOSPITAL, Docket Nos. 264029, 264091. The
Court orders that a special panel shall be convened pursuant to MCR
7.215(J) to resolve the conflict between this case and *Verbrugghe v Select
Specialty Hosp-Macomb Co, Inc,* 270 Mich App 393; 715 NW2d 72 (2006).

The Court further orders that part III of the opinion in this case,
which addresses the notice of intent to sue before a successor personal
representative may commence a medical malpractice action, is vacated.
MCR 7.215(J)(5).

Applicants may file supplemental briefs within 21 days of the Clerk's
certification of this order. Appellee may file supplemental briefs within 21
days of service of appellants' briefs. Nine copies must be filed with the
Clerk of the Court.

*Order Entered November 13, 2006:*

BOODT V BORGESS MEDICAL CENTER, Docket No. 266217. The Court
orders that a special panel shall not be convened pursuant to MCR
7.215(J) in this case.